744 A.2d 1204

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. JESSE TIMMENDEQUAS, DEFENDANT.

November 30, 1999.

This matter having been duly presented to the Court, it is ORDERED that the motion for reconsideration for technical changes to opinion is granted.